IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 5:21-CR-67-MTT |
| JOSHUA ANDREW SMITH | : |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 20th day of December, 2021.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE